IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02259-PAB-CBS

CJS DENVER HOLDINGS, LLC,

    Plaintiff,

v.

GENEVA FINANCIAL CONSULTANTS, LLC, a Delaware limited liability company,
MARK L. LEZELL, an individual, and
ISAM GHOSH, an individual,

    Defendants.

---

## ORDER OF DISMISSAL

---

On September 21, 2010, the Court issued an Order to Show Cause why this case should not be dismissed due to the Court's lack of subject matter jurisdiction based on diversity [Docket No. 3]. Plaintiff responded to the Court's Order to Show Cause on October 1, 2010 [Docket No. 5]. Plaintiff's response adequately demonstrates the citizenship of plaintiff CJS Denver Holdings, LLC and defendants Mark L. Lezell and Isam Ghosh. It does not, however, adequately demonstrate the citizenship of defendant Geneva Financial Consultants, LLC.

The plaintiff's response asserts that "Defendants are citizens of Maryland and Virginia." Docket No. 5 at 2 ¶ 6. In support, plaintiff attaches the affidavit of James Cobbs, who is apparently a manager of plaintiff, who states that defendant Geneva Financial Consultants, LLC is a citizen of the state of Virginia. Docket No. 5, Ex. A at 2 ¶ 4. However, Mr. Cobb bases this statement on the fact that Mr. Ghosh is a citizen of

Virginia and that Mr. Ghosh "is the only representative of Geneva Financial Consultants [Mr. Cobb] dealt with in connection with the events giving rise" to the claims in the Complaint.  *Id.*  Mr. Cobb further states that records from www.hoovers.com and www.allbusiness.com identify Mr. Ghosh "as the sole owner and member of Geneva Financial Consultants."  *Id.*

"The party invoking federal jurisdiction bears the burden of establishing such jurisdiction as a threshold matter."  *Radil v. Sanborn Western Camps, Inc.*, 384 F.3d 1220, 1224 (10th Cir. 2004).  The citizenship of the parties must be established with specificity.  *See Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995).  The Court is required to ensure that the plaintiff has met that burden before it allows this case to proceed any further in this forum.  *See Citizens Concerned for the Separation of Church & State v. City & County of Denver*, 628 F.2d 1289, 1297, 1301 (10th Cir. 1980).

The plaintiff's response to the order to show cause does not satisfy the plaintiff's burden.  *See Radil,* 384 F.3d at 1224.  The website records attached to plaintiff's response show only that Mr. Ghosh is listed as the "owner" of the LLC and that www.hoovers.com "estimates" that Geneva Financial Consultants has only one employee. [Docket No. 5-4] at 2-4.  The names of an LLC's members are often private, *see U.S. Advisor, LLC v. Berkshire Property Advisors*, LLC, No. 09-cv-00697-PAB-CBS, 2009 WL 2055206 (D. Colo. July 10, 2009), and, as a result, websites are not reliable sources of information about an LLC's membership.  Therefore, these website records, along with Mr. Cobb's statement that he has dealt exclusively with Mr. Ghosh, are insufficient to meet plaintiff's burden of establishing with specificity that Geneva

Financial Consultants, LLC is a citizen of Virginia. *See Radil,* 384 F.3d at 1224; *Laughlin,* 50 F.3d at 873.

Because "[i]t is well-established that statutes conferring jurisdiction upon the federal courts, and particularly removal statutes, are to be narrowly construed in light of our constitutional role as limited tribunals," *Pritchett v. Office Depot, Inc.*, 420 F.3d 1090, 1094-95 (10th Cir. 2005), this Court cannot proceed under diversity jurisdiction without fully accounting for the citizenship of all the parties. Such accounting has not occurred in the present case. As a consequence, plaintiff's case must be dismissed. *See Arbaugh v. Y & H Corp.*, 546 U.S. 500, 514 (2006).

Therefore, it is

**ORDERED** that plaintiff's verified complaint [Docket No. 1] is DISMISSED due to this Court's lack of subject matter jurisdiction.

DATED November 23, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge